UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOWENKY NUNEZ,<br>    a/k/a "Juju,"<br>JERRIN PENA,<br>    a/k/a "Rooga,"<br>    a/k/a "Perry,"<br>ARIEL OLIVER,<br>    a/k/a "8Ball,"<br>    a/k/a "Ocho,"<br>JUSTIN DEAZA,<br>    a/k/a "Booka,"<br>    a/k/a "Pepito,"<br>WILSON MENDEZ,<br>    a/k/a "Tati,"<br>BRIAN HERNANDEZ,<br>    a/k/a "Malikai,"<br>VICTOR COLON,<br>    a/k/a "V,"<br>JOSE GUTIERREZ,<br>    a/k/a "G,"<br>ARGENIS TAVAREZ,<br>    a/k/a "Nose,"<br>    a/k/a "A-Kash," and<br>NIJMAH MARTE,<br>    a/k/a "N,"<br>    a/k/a "Nena,"<br><br>                    *Defendants.* | **Protective Order Modification**<br><br>22 Cr. 293 (JPO) |

The Court hereby finds and orders as follows:

WHEREAS on July 26, 2022, the Court entered a Protective Order (the "Protective Order") (Dkt. 77) to govern discovery materials in this matter; and

WHEREAS on June 24, 2022, the Court appointed Emma M. Greenwood as the coordinating discovery attorney (the "CDA") to organize global discovery (Dkt. 69); and

WHEREAS the CDA and third parties supporting the CDA will require access to the discovery materials in order to fulfill the CDA's Court-appointed function; and

WHEREAS the Protective Order does not explicitly authorize the disclosure of discovery materials to the CDA and individuals supporting the CDA;

IT IS HEREBY ORDERED that the Protective Order is modified to expressly authorize disclosure to the CDA of all global discovery material, including sensitive disclosure material and attorney's eyes only material, produced in this case.

IT IS FURTHER ORDERED that the CDA may disclose, make copies of, or reveal the contents of discovery material, including sensitive disclosure material and attorney's eyes only material, to defense counsel and to her employees who are assisting in the preparation and dissemination of such materials, and to third party vendors she may deem necessary to retain to process the material she receives, all in furtherance of fulfilling her duties and obligations under the Court's June 24, 2022 Order appointing her.

IT IS FURTHER ORDERED that Ms. Greenwood shall serve the July 26, 2022 Protective Order and this Order upon any such attorney, employee or vendor, instructing them

that they are bound by their terms, and she shall instruct such other persons that further disclosure is prohibited.

SO ORDERED:

Dated: New York, New York
       July 29, 2022

_____
J. PAUL OETKEN
United States District Judge