UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JERRIN PENA,

*Defendant.*

ORDER

S7 22 Cr. 293 (JPO)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 4, 2024

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       December 4, 2024

_____
J. PAUL OETKEN
United States District Judge